



# MEMORANDUM OPINION

No. 04-09-00238-CV

**IN RE ESTATE OF JUAN ROBERTO BRITTINGHAM-MCLEAN**, Deceased

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2000-PB7-000049-L1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  July 14, 2010

DISMISSED

The parties have filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM